IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAVID COTRELL,

    Plaintiff,                                               Case No. 3:20-cv-98

vs.                                                           District Judge Michael J. Newman

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

---

**ORDER: (1) APPROVING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. NO. 18); AND (2) AWARDING EAJA ATTORNEY'S FEES, COSTS AND EXPENSES IN THE AMOUNT OF $1,938.75**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $1,938.75. Doc. No. 18. Based upon the parties' stipulation in which they present no dispute that the requirements are met for the reasonable award of EAJA fees, the Court: (1) **APPROVES** the parties' joint stipulation (Doc. No. 18); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $1,938.75. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

September 14, 2021                                                                s/Michael J. Newman
                                                                                   Hon. Michael J. Newman
                                                                                    United States District Judge